# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keyes, Jeffrey J. | U.S. District Court; District of Minnesota | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge -- Full-time | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
316 North Robert Street
St. Paul, MN 55101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | CLK Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Briggs & Morgan, P.A. Profit Sharing 401(k) Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | University of Minnesota -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen, Inc | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 2. Apogee Enterprises | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 3. AT&T Inc Com | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 4. Bank of America Com | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 5. Citigroup Inc Com | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 6. Comcast Corp CL A | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 7. DuPont | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 8. General Electric Co Com | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 9. Hewlett Packard Co Com | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 10. Intel Corp Com | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 11. IBM Corp Com | A | Dividend | K | T | Sold (part) | 05/03/12 | M | F | |
| 12. IBM Corp Com | A | Dividend | | | Donated (part) | | | | |
| 13. Johnson & Johnson Com | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 14. Medtronic Inc | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 15. Microsoft Corp Com | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 16. Nextra Energy Inc Com | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 17. Pepsico Inc | A | Dividend | | | Sold | 05/03/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer Inc Com | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 19. Procter & Gambel Co | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 20. Target Corp | A | Dividend | | | Sold | 05/03/12 | K | D | |
| 21. Verizon Communications Com | A | Dividend | | | Sold | 05/03/12 | K | C | |
| 22. Wells Fargo & Co New Com | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 23. Xcel Energy Inc | A | Dividend | | | Sold | 05/03/12 | K | E | |
| 24. 3M Co Com | A | Dividend | | | Sold | 05/03/12 | L | E | |
| 25. Fidelity Contra Com | | None | | | Sold | 05/03/12 | K | C | |
| 26. Vanguard 500 Index Fund Investor Shares | A | Dividend | | | Sold | 06/18/12 | L | C | |
| 27. Federated Capital Reserves | | None | | | Sold | 05/03/12 | J | A | |
| 28. Dodge & Cox Income Fund | B | Dividend | | | Sold | 05/03/12 | M | D | |
| 29. Dodge & Cox International Fund | | None | | | Sold | 05/03/12 | M | A | |
| 30. Growth Func of America Class F | | None | | | Sold | 05/03/12 | L | D | |
| 31. Jensen Quality Growth Fund Class J | B | Dividend | M | T | Buy (add'l) | 06/18/12 | M | | |
| 32. Artio International | | None | | | Sold | 05/03/12 | L | A | |
| 33. Stratton Small-Cap Value Fund | | None | | | Sold | 05/03/12 | K | D | |
| 34. Thornburg International Value | A | Dividend | | | Sold | 05/03/12 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Bank Savings Account | A | Interest | L | T | | | | | |
| 36. US Bank Saving Account | A | Interest | J | T | | | | | |
| 37. US Bank Checking Account | | None | J | T | | | | | |
| 38. Fidelity Blue Chip Growth | | None | | | Sold | 05/03/12 | M | | |
| 39. JP Morgan Stable Value | | None | | | Sold | 05/03/12 | O | | |
| 40. PIMCO Total Return | | None | | | Sold | 05/03/12 | N | | |
| 41. American Strategic Alliance | | None | | | Sold | 05/03/12 | M | | |
| 42. JPM Equity Inc (moved from Davis New York Venture-A) | | None | | | Sold | 05/03/12 | K | | |
| 43. Hartford Mid-Cap Fund HLS_IA | | None | | | Sold | 05/03/12 | L | | |
| 44. MainStay Large-Cap Growth | | None | | | Sold | 05/03/12 | N | | |
| 45. American Funds EuroPacific Growth-R4 | | None | | | Sold | 05/03/12 | L | | |
| 46. ▨▨▨▨▨ - Bonita Springs, FL -- 50% Ownership | D | Rent | O | W | | | | | |
| 47. Euro-Pacific Growth Fund - 529A | | None | | | Closed | 11/05/12 | J | | |
| 48. Fundamental Investors - 529A | A | Dividend | | | Closed | 11/05/12 | K | | |
| 49. American Balance Fund - 529A | A | Dividend | | | Closed | 11/05/12 | K | | |
| 50. SCHWAB ADV CASH RESERVE | A | Interest | L | T | | | | | |
| 51. ISHARES MSCI EMRG MKT FUND | B | Dividend | | | Buy | 05/03/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES MSCI EMRG MKT FUND | | None | | | Sold | 06/25/12 | M | A | |
| 53. LOOMIS SAYLES BOND FUND | D | Dividend | M | T | Buy | 05/03/12 | N | | |
| 54. LOOMIS SAYLES BOND FUND | | None | | | Sold (part) | 06/18/12 | M | A | |
| 55. PIMCO TOTAL RETURN FUND | D | Dividend | M | T | Buy | 06/18/12 | N | | |
| 56. PIMCO TOTAL RETURN FUNC | | None | | | Sold (part) | 11/29/12 | N | A | |
| 57. SCHWAB FUNDAMENTAL US SMALL MID | B | Dividend | L | T | Buy | 05/03/12 | L | | |
| 58. SCHWAB FUNDAMENTAL US SMALL MID | | None | | | Sold (part) | 08/14/12 | J | A | |
| 59. WISDOMTREE EMERGING MKT | B | Dividend | M | T | Buy | 06/25/12 | M | | |
| 60. WISDOMTREE EMERGING MKT | | None | | | Sold (part) | 08/14/12 | J | A | |
| 61. BAIRD MID CAP FUND INST | A | Dividend | L | T | Buy | 11/29/12 | L | | |
| 62. ISHARES RUSSELL MIDCAP | A | Dividend | L | T | Buy | 06/18/12 | L | | |
| 63. ISHARES TR RUSSELL 1000 | B | Distribution | L | T | Buy | 06/18/12 | L | | |
| 64. ISHARES TR RUSSELL 1000 | | None | | | Sold (part) | 08/14/12 | K | A | |
| 65. ISHARES TRUST S&P 500 | B | Dividend | M | T | Buy | 05/03/12 | M | | |
| 66. ISHARES TRUST S&P 500 | | None | | | Sold (part) | 08/14/12 | J | A | |
| 67. BLACKROCK NATIONAL MUNI | B | Dividend | L | T | Buy | 05/03/12 | L | | |
| 68. VANGUARD BOND INDEX FUND | B | Dividend | L | T | Buy | 08/14/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD BOND INDEX FUND | | None | | | Sold (part) | 11/29/12 | L | A | |
| 70. NEUBERGER BERMAN CORE BOND FUND | B | Dividend | K | T | Buy | 09/27/12 | L | | |
| 71. NEUBERGER BERMAN CORE BOND FUND | | None | | | Sold (part) | 11/29/12 | J | A | |
| 72. JP MORGAN STRATEGIC INCOME | C | Dividend | M | T | Buy | 08/14/12 | M | | |
| 73. JP MORGAN STRATEGIC INCOME | | None | | | Sold (part) | 11/29/12 | K | A | |
| 74. ARTIO TOTAL RETURN BOND FUND | C | Dividend | M | T | Buy | 09/27/12 | M | | |
| 75. ISHARES TR RUSSELL 2000 | C | Dividend | M | T | Buy | 05/03/12 | M | | |
| 76. ARTISAN INTL SMALL CAP | A | Dividend | L | T | Buy | 05/03/12 | L | | |
| 77. ARTISAN INTL SMALL CAP | | None | | | Sold (part) | 08/14/12 | J | A | |
| 78. THIRD AVENUE SMALL CAP | C | Dividend | M | T | Buy | 05/03/12 | M | | |
| 79. GOODHAVEN FUND | B | Dividend | M | T | Buy | 05/03/12 | L | | |
| 80. T ROWE PRICE EUROPEAN FUND | A | Dividend | K | T | Buy | 05/03/12 | L | | |
| 81. T ROWE PRICE EUROPEAN FUND | | None | | | Sold (part) | 08/14/12 | K | A | |
| 82. AQR DIVERSIFIED | B | Dividend | M | T | Buy | 11/06/12 | M | | |
| 83. FIRST EAGLE OVERSEAS FUND | E | Dividend | M | T | Buy | 05/03/12 | M | | |
| 84. FIRST EAGLE OVERSEAS FUND | | None | | | Sold (part) | 08/14/12 | K | A | |
| 85. IVA INTL FUND CK I | D | Dividend | M | T | Buy | 05/03/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | OAKMARK SELECT FUND | E | Dividend | M | T | Buy | 05/03/12 | M | | |
| 87. | CENTURY SMALL CAP | | None | M | T | Buy | 05/03/12 | M | | |
| 88. | CENTURY SMALL CAP | | None | | | Sold (part) | 08/28/12 | K | | |
| 89. | | | | | | | | | | |
| 90. | | | | | | | | | | |
| 91. | | | | | | | | | | |
| 92. | | | | | | | | | | |
| 93. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional information pertinent to Part VII Investments and Trusts. In 2012, we sold almost all of our investment holdings (exceptions Jensen Quality Growth Fund Class J and a portion of our IBM holdings) to reinvest with a new financial advisor. Some of these investment holdings were in IRA (Fidelity Blue Chip Growth) or 401k (JP Morgan Stable Value; PIMCO Total Return; American Strategic Alliance; JPM Equity Inc; Hartford Mid-Cap;MainStay Large-Cap Growth; American Funds EuroPacific Growth) accounts. These funds were rolled over into IRA accounts. Accordingly, I did not report gains/losses for those accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey J. Keyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544